**Daniel B. BAILEY, Appellant,**

v.

**DIRECTOR OF REVENUE, Respondent.**

No. WD 67200.

Missouri Court of Appeals, Western District.

Oct. 30, 2007.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 18, 2007.

Application for Transfer to Denied Jan. 22, 2008.

Bruce B. Brown, Kerney, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Erica Bredehoft, Office of Attorney General, Jefferson City, for Respondent.

Before THOMAS H. NEWTON, Presiding Judge, PAUL M. SPINDEN, Judge, and LISA WHITE HARDWICK, Judge.

**ORDER**

Daniel B. Bailey appeals the circuit court's judgment to uphold the decision of the director of the Department of Revenue to revoke his driving privileges pursuant to § 577.041, RSMo Supp.2005, for refusing to submit to a breathalyzer test. Affirmed. Rule 84.16(b).